LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
11300 Trade Center Drive, Suite B
Rancho Cordova, California 95742
Telephone: (916) 441-4540
Facsimile: (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
GARRET GILILLAND III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. Cr. S-08-376 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE; EXCLUSION OF TIME |
| GARRET GILILLAND III, et al., ) | |
| ) | |
| Defendants. ) | |

The United States of America, through Assistant U.S. Attorney Russell L. Carlberg, and defendant Garret Gililland III, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Friday, January 15, 2010 at 10:00 a.m., be continued to Friday, May 7, 2010 at 10:00 a.m. before United States District Judge Edward J. Garcia.

The government is in the process of providing a substantial volume of discovery to defense counsel. The total number of pages of discovery to be produced by the government exceeds 50,000 pages. Once received, defense counsel will need time to review the discovery materials produced by the government and confer with his client. As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Friday, May 7, 2010 at 10:00 a.m. Colleen Lydon has approved the May 7, 2010 hearing date. No jury trial date has been set.

The parties stipulate the Court should find that time be excluded through May 7, 2010 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties stipulate and agree that

- 1 -

the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: January 13, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Russell L. Carlberg<br>RUSSELL L. CARLBERG<br>Assistant U.S. Attorney |
| DATED: January 13, 2010 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Garret Gililland III |

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, January 15, 2010 at 10:00 a.m., is hereby continued to Friday, May 7, 2010 at 10:00 a.m., before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of May 7, 2010. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: January 13, 2010    /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge