**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES OF AMERICA**

Plaintiff(s),

Case No. cr. No. S-08-376 EJG

v.

**GARRET GRIFFITH GILILLAND, III**
Defendant(s).

I, _Alan Ellis, attorney for Garret Griffith Gililland, III,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Alan Ellis |
| Address: | 1120 Nye Street, Suite 300 |
| City: | San Rafael |
| State: | CA   ZIP Code: 94901 |
| Voice Phone: | (415) 256-9775 |
| FAX Phone: | (415) 256-9772 |
| Internet E-mail: | AELaw1@aol.com |
| Additional E-mail: | AELaw3@aol.com |
| I reside in City: | Tiburon   State: CA |

**FILED**

JUL - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

I was admitted to practice in the Supreme Court of Pennsylvania (court) on January 8, 1968. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: David D. Fischer

Firm Name: _____

Address: 1007 7th Street, Suite 100

City: Sacramento

State: CA    ZIP Code: 95814

Voice Phone: 916-447-8600

FAX Phone: 916-930-6482

E-mail: davefischer@yahoo.com

Dated: 6-30-11    Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 7/8/11

_____
JUDGE, U.S. DISTRICT COURT

```
 1  LAW OFFICES OF ALAN ELLIS
    ALAN ELLIS
 2  PA State bar No. 17430
    EMAIL:  AELaw1@aol.com
 3  1120 Nye Street, Suite 300
    San Rafael, CA 94901
 4  (415) 256-9775 (telephone)
 5  (415) 256-9772 (facsimile)
    Attorney for Garret Gililland, III
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CASE NO. S-08-376 EJG
                                 )
12        Plaintiff,             )
                                 )
13        vs.                    ) MEMORANDUM IN SUPPORT OF
                                 ) PRO HAC VICE MOTION
14  GARRET GRIFFITH GILILLAND,   )
                                 )
15  III,                         ) JUDGE:  Hon. Edward J.
                                 ) Garcia
16        Defendant.             )
17
```

18   Attorney Alan Ellis, having been retained by defendant Garret Griffith Gililland, moves for leave to appear *pro hac vice* in the above-entitled case.  Mr. Ellis is resident in the state of California but is not admitted to the State Bar of California and therefore does not qualify for general admission to the bar of this Court.[1]

---

[1] An attorney need not be a member of the California State Bar in order to practice federal criminal law in California. Ex Parte McCue, 211 Cal. 57, 60 (1930) Cowen v. Calabrese, 230 Cal. App. 2d 870, 871-872 (1964); accord In re Poole, 222 F.3d 618, 622 (9th Cir. 2000).

-1-

1  Defendant Gililland requests this Court to grant
2 attorney Ellis leave to appear *pro hac vice* pursuant to
3 the Sixth Amendment of the United States Constitution.2
4 A criminal defendant has a right to be represented by
5 counsel of his or her choice. United States v.
6 Gonzalez-Lopez, 126 S. Ct. 2557 (2006). This right
7 trumps local rules which restrict practice by resident
8 or non-resident attorneys. United States v. Walters,
9 309 F.3d 589, 592 (9th Cir. 2002); accord United States
10 v. Acosta, 234 Fed. Appx. 647 (9th Cir.
11 2007)(unpublished). Indeed, the right to counsel of
12 choice cannot be infringed without a compelling reason.
13 United States v. Lillie, 989 F.2d 1054, 1055-56 (9th
14 Cir. 1993), overruled in part on other grounds by
15 United States v. Garrett, 179 F.3d 1143, 1145 (9th Cir.
16 1999); United States v. Torres-Rodriguez, 930 F.2d
17 1375, 1380 n.2 (9th Cir. 1991).

   In Walters, the Court of Appeals held that the
19 district court abused its discretion in denying counsel
20 leave to appear *pro hac vice* in a case pending before
21 the Southern District of California. The district

---

2 Local Rule 83-180 specifically recognizes this. "Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice pursuant to this subsection (b)(2) if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California." (Emphasis added).

court in <u>Walters</u> denied Mr. Ellis *pro hac vice* status based on a local rule, identical to the one extant in the Central District.

Aside from his residence, Mr. Ellis meets the qualifications for *pro hac vice* admission. "Alan Ellis is a nationally recognized expert in federal criminal sentencing." <u>Walters</u>, 309 F.3d at 591. He is a long-time member of the Bar of Supreme Court of Pennsylvania, has been admitted to practice before the Supreme Court of the United States, most of the United States Courts of Appeals, and has appeared *pro hac vice* in innumerable other district courts throughout the United States where he is not generally admitted including this Court, <u>U.S. v. Julie Lee</u>, No. 2:05CR00182-01. A list of his bar admissions is attached as Exhibit A. Mr. Ellis has more than 120 legal articles and and books, and 80 continuing legal education lectures, presentations and speaking engagements to his credit[3] regarding different aspects of federal sentencing; his column on federal sentencing appears regularly in the ABA's quarterly periodical "Criminal Justice."[4] Mr. Ellis is not suspended or

---

[3] For further information on Mr. Ellis's credentials, publications, please see www.alanellis.com.

[4] A former law clerk to two federal district judges and law professor at Golden Gate Law School in San Francisco, Mr. Ellis also served as President of the National Association of Criminal Defense Lawyers. He is a past winner of the Robert C. Heeney Award, NACDL's most prestigious honor, given annually to the criminal defense attorney who "best exemplifies the goals and values of the Association and the legal profession." Mr. Ellis

1 | disbarred in any court, nor has he ever been sanctioned
2 | by any Court or disciplinary body.
3 |     For the foregoing reasons, this Court should grant
4 | Mr. Ellis leave to appear *pro hac vice*.
5 | Dated: June 30, 2011

Respectfully submitted,

/s/ _____
ALAN ELLIS
Attorney for Defendant
Garret Griffith Gililland, III

---

also received a Fulbright Senior Specialist Award from the U.S. State Department to teach law as a Visiting Fulbright Professor of Law at Shanghai, Jiaotong University, School of Law, Shanghai, China in 2007.

-4-

**EXHIBIT A**

| Court | Year |
|---|---|
| Supreme Court of Pennsylvania - PA Bar @17430 | 1968 |
| U.S. District Court for the Northern District of California | 1987 |
| U.S. District Court for the Eastern District of Pennsylvania | 1969 |
| U.S. District Court for the Middle District of Pennsylvania | 1975 |
| U.S. District Court for the Western District of Pennsylvania | 1999 |
| U.S. District Court for the District of Colorado | 1999 |
| U.S. District Court for the Northern District of New York | 2009 |
| Court of Appeals for the Second Circuit | 1986 |
| Court of Appeals for the Third Circuit | 1980 |
| Court of Appeals for the Fourth Circuit | 1989 |
| Court of Appeals for the Fifth Circuit | 1983 |
| Court of Appeals for the Ninth Circuit | 1987 |
| Court of Appeals for the Tenth Circuit | 1988 |
| Court of Appeals for the Eleventh Circuit | 1982 |
| Supreme Court of the United States | 1978 |



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Alan Ellis, Esq.

DATE OF ADMISSION

January 8, 1968

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 16, 2011

*Elizabeth Zisk*
Elizabeth E. Zisk
Chief Clerk