1  ALAN ELLIS, PA State Bar No.: 17430
   LAW OFFICES OF ALAN ELLIS
2  1120 Nye Street, Suite 300
3  San Rafael, CA 94901
   Telephone:  (415) 256-9775
4  Fax:        (415) 256-9772
5  E-Mail:     AELaw1@aol.com

6  Attorney for Defendant
7  GARRET GRIFFITH GILILLAND, III

8
9              IN THE UNITED STATES OF DISTRICT COURT FOR THE
10                    EASTERN DISTRICT OF CALIFORNIA
11
12 | UNITED STATES OF AMERICA,       | CR. No. S-08-376 EJG
13 |                      Plaintiff, | STIPULATION AND [PROPOSED]
14 |                                 | ORDER TO CONTINUE THE
   |              v.                 | STATUS CONFERENCE TO
15 |                                 | SCHEDULE A FUTURE DATE FOR
16 | GARRET GRIFFITH GILILLAND, III  | SENTENCING
17 | ,
18 |                     Defendant.  |



FILED
JAN 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

19                         **STIPULATION**

20      Mr. Gilliland has previously entered a guilty plea in this case. On January 20,
21 2012, he is on calendar for a status conference to schedule a future date for sentencing.
22 Plaintiff, United States of America, by and through its counsel, Russell L. Carlberg, and
23 defendant Garret Griffith Gilliland, III, by and through his counsel, Alan Ellis, agree and
24 stipulate that because the parties are working on matters relevant to sentencing, such as
25 the defendant's continuing cooperation, which will not be completed before January 20,
26 2012, the parties agree that the January 20, 2012, date should be vacated, and the case
27 should be continued to March 30, 2012, for a status conference to schedule a future date
28 for sentencing.

STIPULATION AND [PROPOSED] ORDER          - 1 -

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 17, 2012           /s/ Alan Ellis
                                  ALAN ELLIS
                                  Attorney for Defendant
                                  GARRET GRIFFITH GILILLAND, III

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: January 17, 2012    By:    /s/ Alan Ellis for
                                  RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

### [PROPOSED] ORDER

For the reasons set forth in the accompanying stipulation of counsel, this case shall be continued to March 30, 2012, for a status conference to schedule a future date for sentencing.

**IT IS SO ORDERED**

Dated: 1/17/12

HON. EDWARD J. GARCIA
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER           - 2 -