ALAN ELLIS, PA State Bar No.: 17430
LAW OFFICES OF ALAN ELLIS
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 256-9775
Fax: (415) 256-9772
E-Mail: AELaw1@aol.com

Attorney for Defendant
GARRET GRIFFITH GILILLAND, III

**FILED**

JAN 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No. S-08-376 EJG |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE TO SCHEDULE A FUTURE DATE FOR SENTENCING |
| v. | |
| GARRET GRIFFITH GILILLAND, III, | |
| Defendant. | |

## STIPULATION

Mr. Gilliland has previously entered a guilty plea in this case. On January 20, 2012, he is on calendar for a status conference to schedule a future date for sentencing. Plaintiff, United States of America, by and through its counsel, Russell L. Carlberg, and defendant Garret Griffith Gilliland, III, by and through his counsel, Alan Ellis, agree and stipulate that because the parties are working on matters relevant to sentencing, such as the defendant's continuing cooperation, which will not be completed before January 20, 2012, the parties agree that the January 20, 2012, date should be vacated, and the case should be continued to March 30, 2012, for a status conference to schedule a future date for sentencing.

STIPULATION AND [PROPOSED] ORDER      - 1 -

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 17, 2012
/s/ Alan Ellis
ALAN ELLIS
Attorney for Defendant
GARRET GRIFFITH GILILLAND, III

BENJAMIN B. WAGNER
United States Attorney

Dated: January 17, 2012   By:   /s/ Alan Ellis for
RUSSELL L. CARLBERG
Assistant U.S. Attorney
Attorney for Plaintiff

## [PROPOSED] ORDER

For the reasons set forth in the accompanying stipulation of counsel, this case shall be continued to March 30, 2012, for a status conference to schedule a future date for sentencing.

**IT IS SO ORDERED**

Dated: 1/17/12

HON. EDWARD J. GARCIA
United States District Court Judge