BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRET G. GILILLAND III,<br><br>Defendant. | CR. NO. S-08-0376 EJG<br><br>STIPULATION AND ORDER TO SET SENTENCING HEARING AND DISCLOSURE SCHEDULE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Gililland is scheduled for a status conference on sentencing on April 27, 2012. The partiers, in consultation with Probation Officer Hugo Ortiz, have stipulated and agree, and propose to the Court, the following:

1. That the status conference on sentencing set for April 27, 2012 be vacated.

2. That Mr. Gililland's matter be set for Judgment and Sentence on July 20, 2012, at 10 a.m.

3. And that the following schedule be ordered:

Reply, or Statement of Non-Opposition Due:        07/13/2012

1

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   07/06/2012

The Presentence Report shall be filed with the Court and disclosed to counsel no later than:   06/29/2012

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   06/22/2012

The proposed Presentence Report shall be disclosed to counsel no later than:   06/08/2012

                                   BENJAMIN B. WAGNER
                                   United States Attorney

Date: 4/2/12                */s/ Russell L. Carlberg*
                                   By: RUSSELL L. CARLBERG
                                   Assistant United States Attorney

Date: 4/2/12                */s/ Alan Ellis\**
                                   Alan Ellis
                                   Attorney for Defendant Garret Gililland

## ORDER

For the reasons stated above, the Court **vacates** Mr. Gililland's status conference on sentencing hearing currently set for April 27, 2012. The Court orders the following schedule as to defendant Gililland in this case:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/20/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 07/13/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/06/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/29/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/22/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/08/2012 |

DATED: April 4, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.