DAVID D. FISCHER, State Bar No.: 224900
LAW OFFICES OF DAVID D. FISCHER
1007 7TH Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
GARRET GRIFFITH GILILLAND, III

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARRET GRIFFITH GILILLAND, III, <br><br> Defendant. | CR. No. S-08-376 EJG <br><br> **STIPULATION AND ORDER TO RE-SET SENTENCING HEARING AND DISCLOSURE SCHEDULE** |

## **STIPULATION**

Mr. Gilliland is currently scheduled for sentencing on July 20, 2012. The parties, in consultation with Probation Officer Ronnie Preap, have stipulated and agree, and propose to the Court the following:

1. The date for Judgment and Sentencing of July 20, 2012, be vacated.
2. That Mr. Gililland's matter be set for Judgment and Sentencing on August 10, 2012, at 10:00 a.m.
3. And that the following schedule be ordered:

| | |
|---|---|
| Reply, or Statement of Non-Opposition Due: | 08/03/2012 |
| | |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/27/2012 |
| | |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 07/20/2012 |
| | |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/13/2012 |
| | |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/29/2012 |

Dated: June 22, 2012        /s/ David D. Fischer
                            DAVID D. FISCHER
                            Attorney for Defendant
                            GARRET GRIFFITH GILILLAND, III


                            BENJAMIN B. WAGNER
                            United States Attorney


Dated: June 22, 2012    By: /s/ David D. Fischer for
                            RUSSELL L. CARLBERG
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

# ORDER

For the reasons set forth in the accompanying stipulation of counsel, the Court **vacates** Mr. Gililland's currently scheduled date of July 20, 2012, for sentencing. The Court orders the following schedule as to defendant Gililland in this case:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/10/2012, 10:00 a.m. |
| Reply, or Statement of Non-Opposition Due: | 08/03/2012 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/27/2012 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 07/20/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/13/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/29/2012 |

**IT IS SO ORDERED**

Dated: June 25, 2012  /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge

- 3 -