```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTOPHER S. HALES
    S. ROBERT TICE-RASKIN
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2700
 5
 6
 7
```



FILED
NOV 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00376-EJG |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GARRET GRIFFITH GILILLAND III, | |
| Defendant. | |

WHEREAS, on or about October 26, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), based upon the plea agreement entered into between plaintiff and defendant Garret Griffith Gililland, III forfeiting to the United States the following property:

  (a) Approximately $28,900 in U.S. Currency,
  (b) Approximately $20,000 in U.S. Currency,
  (c) 2003 West Coast Chopper Motorcycle, Vin#1W9SJ25073P279147, and
  (d) Breitling wristwatch.

AND WHEREAS, beginning on October 27, 2011, for at least 30 consecutive days, the United States published notice of the Court's

Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), to be disposed of according to law, including all right, title, and interest of Garret Griffith Gililland, III.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 19th day of Nov., 2012.

EDWARD J. GARCIA
United States District Judge